# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3763

_____

United States of America,                    *
                                              *
        Appellee,                             *
                                              *   Appeal from the United States
    v.                                        *   District Court for the Western
                                              *   District of Arkansas.
Gary Michael Gatliff,                         *
                                              *   [UNPUBLISHED]
        Appellant.                            *

_____

Submitted: June 4, 2004
Filed: June 17, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Gary Michael Gatliff pleaded guilty to willfully and knowingly transmitting in interstate commerce a telephone communication containing a threat to injure a person, in violation of 18 U.S.C. § 875(c). The district court[1] sentenced him to 18 months imprisonment and 3 years supervised release. On appeal, he argues that the district court should have granted his motion for a downward departure based on his reduced mental capacity. Given the district court's explicit recognition of its authority to

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

depart, its decision not to do so is unreviewable.  See United States v. Koons, 300 F.3d 985, 993-94 (8th Cir. 2002).  Accordingly, we affirm.

_____